IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EARLTON FARQUHARSON AND
BEULAH FARQUHARSON,

       Appellants,

 v.                                   Case No.  5D16-2687

CITIBANK, N.A. FOR THE BENEFIT OF THE
CERTIFCATE HOLDERS CWABS, INC. ASSET
BACKED CERTIFICATE SERIES 2007-QX1,

       Appellee.

_____/

Opinion filed June 9, 2017

Appeal from the Circuit Court
for Osceola County,
Kevin B. Weiss, Judge.

Earlton Farquharson and Beulah Farquharson,
Buenaventura Lakes, pro se.

Sara F. Holladay-Tobias, Emily Y. Rottmann,
Ada A. Hammond and Jason R. Bowyer, of
McGuireWoods LLP, Jacksonville, for Appellee.

PER CURIAM.

      After carefully reviewing the record on appeal, the hearing transcript, and the parties' briefs, we affirm the lower court, whom we commend for showing great patience in the manner in which the August 2, 2016, hearing was conducted.

      AFFIRMED.

COHEN, C.J., EVANDER, and EDWARDS, JJ., concur.